1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7   JOSEPH MICHAEL BALERO, et al.,              Case No.  15-cv-01005-JST

                    Plaintiffs,
8
                                                **ORDER GRANTING IN PART AND**
        v.                                      **DENYING IN PART MOTION TO**
9                                               **EXTEND TIME; SETTING CASE**
                                                **MANAGEMENT CONFERENCE**
10  LUMBER LIQUIDATORS, INC.,

                    Defendant.                  Re: ECF No. 26
11

12          This case is one of twelve related cases concerning allegations that Defendant's laminate

13   flooring products fail to comply with standards governing the permissible levels of formaldehyde

14   in such products.  Numerous other cases involving similar allegations have been filed across the

15   country.  The Plaintiffs in related case <u>Conte v. Lumber Liquidators, Inc. et al.</u>, No. 15-cv-01012-

16   JST, have filed a motion before the Judicial Panel on Multidistrict Litigation (JPML) pursuant to

17   28 U.S.C. § 1407, requesting the consolidation and transfer of all of these cases for pretrial

18   proceedings.  Declaration of William L. Stern, ECF No. 26-1 at ¶ 2.  In light of the pendency of

19   the proceedings before the JPML, Defendant has filed a motion to stay the deadlines in the above-

20   captioned case, 15-cv-01005, until the JPML decides the transfer motion.  ECF No. 26.  Defendant

21   has filed a similar motion in <u>Conte</u> at ECF No. 19.

22          "The pendency of a motion, order to show cause, conditional transfer order or conditional

23   remand order before the Panel pursuant to 28 U.S.C. § 1407 does not affect or suspend orders and

24   pretrial proceedings in any pending federal district court action and does not limit the pretrial

25   jurisdiction of that court."  Judicial Panel on Multidistrict Litigation, Rule 2.1.  Thus, "a district

26   judge should not automatically stay discovery, postpone rulings on pending motions, or generally

27   suspend further rulings upon a parties' motion to the MDL Panel for transfer and consolidation."

28

United States District Court
Northern District of California

1   <u>Rivers v. Walt Disney Co.</u>, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997).

2         The Court concludes that a complete stay of all pretrial proceedings would not promote

3   judicial economy.  The Court's continued management of these related cases during the pendency

4   of the JPML's consideration of the transfer motion would benefit a potential transferee court in the

5   event that the consolidation and transfer motion is granted.  The Court will retain the flexibility to

6   stay only those matters that should await resolution of the JPML proceeding, while allowing other

7   matters to move forward.  For now, the Court will stay only the resolution of potentially-

8   dispositive motions in these related cases, including the motion to dismiss at ECF No. 26, until the

9   JPML's decision on the motion to transfer.

10         The Court also hereby sets a case management conference in all related cases for April 28,

11   2015 at 2:30 P.M.  A single joint case management statement for all cases is due by April 21,

12   2015.

13         The Court notes that <u>Balero</u> Plaintiffs' opposition to the motion to extend time indicates

14   that the Plaintiffs seek an evidence preservation order.  Any such request should first be the

15   subject of a meet and confer.  In the event the parties fail to stipulate to a protective order, the

16   parties should state their respective positions in the joint case management statement and the

17   Court will discuss the matter at the case management conference.  The parties should also include

18   in their statement any other issues they believe require this Court's attention prior to the resolution

19   of the JPML proceeding.

20         The Court spreads this order to all cases related to 15-cv-01005.

21         IT IS SO ORDERED.

22   Dated: April 1, 2015

23   _____

    JON S. TIGAR

24       United States District Judge

25

26

27

28

United States District Court
Northern District of California

2